**LUJAN & WOLFF LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064/5
Facsimile: (671) 477-5297

*Attorneys for Defendant Verlyn Marie Terlaje Aponik*




FILED
DISTRICT COURT OF GUAM
AUG 10 2017
JEANNE G. QUINATA
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR17-00018 |
| Plaintiff, | |
| vs. | **MOTION TO TRAVEL** |
| VERLYN MARIE TERLAJE APONIK, | |
| Defendant. | |

Defendant Verlyn Marie Terlaje Aponik ("Defendant") respectfully moves for an order allowing her to travel to Oakland, California to accompany her Husband and Son for a medical treatment and surgery.

The grounds on which this motion is based is that Defendant's Husband Eric Aponik will under go total ankle anthroplasty of the right ankle and son, whose is sixteen (16) years old has severe hyperhidrosis. A copy of Dr. Ruben Arafiles Referral is attached hereto and marked as Exhibit "1.

Dated at Hagatna, Guam, this 10 day of August, 2017.

_____
DAVID J. LUJAN
Attorney for Defendant

ORIGINAL



AUG 0 1 2017

**PRIOR AUTHORIZATION FORM**

Medical Management
Phone: (671) 646-6956 ext7182, 7203, 7222, 7175, 7196
Fax: (671) 647-3541/ 646-4950 or email: MedicalManagement@takecareasia.com

Medical Management
P. O. Box 6578
Tamuning, Guam 96931

**MEMBER INFORMATION:** Date: 7/31/17

ID Number: 000054861 00   Member Name: APONIK, ERIC   DOB: 4.17.74

SSN #: ___   Other Insurance: ___   Contact #: 686-1993 / 486-6511

**PLACE OF SERVICE:**
Office: ___ FHP Surgicenter: ___ Guam Surgicenter: ___ GMH: ___
Inpatient Service: On-island: ___ Off-Island: (circled) Preferred facility/POS: ___

**PHYSICIAN INFORMATION:**
Service Provider Requested: ___
Requesting Provider: DR. RUBEN ARAFILES
Primary Care Physician: ASHLEY ARTERO, NP

**CLINICAL INFORMATION:** (Please provide ICD/CPT codes)

| Diagnosis (ICD-9): | Procedure (CPT): |
|---|---|
| 1. M19-171 | 1. Total Ankle Arthroplasty, Right |
| 2. S812.61XK | 2. |
| 3. | 3. |

(PLEASE ATTACH ALL NECESSARY RECORDS, FILM REPORTS, LABS, PATH REPORTS)
Clinical History/Findings –

Brief History and Physical:

**APPROVED** 4/29/17

For TakeCare Medical Management Department Use Only:
Approved: for total ankle arthroplasty of right ankle w/ TC contracted facility/provider + ortho consult.
Modified:
Denied:
Reviewed by: SM   Date: 4/29/17
Other/Notes:

Elective Surgery should be scheduled after approval of the prior authorization request. This Authorization is valid only if member eligible. Request is good for 60 days from the above date, and valid for the services requested only. This request does not guarantee payment. Information on eligibility, benefits and exclusions can be found in the TakeCare member handbook or Schedule of Benefits. Referrals for Off-island, Surgery, MRI, CT Scan or Nuclear Medicine Scan can be faxed to (671) 647-3541.

PAForm2003\Rev. 03/12

**EXHIBIT 1**



# TakeCare
**REFERRAL**

JUN 2 1 2017

Luella Manlucu, MD

Family Medicine

**FHP Adult Medicine**

548 S MARINE CORPS DR , TAMUNING, GU-96913-3539
Tel: 671-646-5825  Fax: 671-647-3532

Travis Michael T
Aponik
01/19/2001

Medical Management

**Reason For Referral:**

**Authorization No:**                                 **Authorization Type:**

**Reason:** OIR - 16 yo M with severe hyperhidrosis, requesting OIR for Dermatology preferably in Oakland, CA as pt's father will be seen by an Orthopedic in Oakland., Consult and treat.

**Diagnosis:** L74.519 - Hyperhidrosis

**Procedures:**

**Visits Allowed:** 0

**Unit Type:** V (VISIT)

**Start Date:** 06/19/2017

**End Date:** 08/18/2017

**Notes:**
**Clinical Notes:**
**Structured Data:**

For off island dermatology consult -



APPROVED

REF# 170621046

Plan / EFF: Premier eff: 8/1/16

COB:

Entry By / Date: LP 06/21/17

**Lucia Aponik**

From: United Airlines, Inc. [unitedairlines@united.com]
Sent: Wednesday, August 09, 2017 10:40 AM
To: LDAPONIK@TELEGUAM.NET
Subject: MileagePlus eTicket Itinerary and Receipt for Confirmation K3N0N4



Confirmation:
K3N0N4
Check-In >

Issue Date: August 09, 2017

## TRAVELER INFORMATION

| Traveler | eTicket Number | Frequent FlyerNumber | Seats |
|---|---|---|---|
| APONIK/ERICMATTHEW | 0162360149693 | | 5A/1E/1D/3D |
| APONIK/VERLYNMARIEDERLAJE | 0162360149694 | | 4A/1E/1E/3E |
| APONIK/TRAVISMICHAELTERLAJE | 0162360149695 | | 4B/2G/1F/3F |
| APONIK/CHLOEMORGAN | 0162360149696 | | 5B/2E/1G/3G |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 14AUG17 | UA200 | JN | GUAM (GUM) 6:35 AM | HONOLULU, HI (HNL) 5:55 PM (13AUG) | 777-200 | Breakfast |
| Sun, 13AUG17 | UA229 | JN | HONOLULU, HI (HNL) 10:45 PM | LOS ANGELES, CA (LAX) 7:25 AM (14AUG) | 757-900 | Snack |
| Mon, 18SEP17 | UA1158 | JN | LOS ANGELES, CA (LAX) 8:00 AM | HONOLULU, HI (HNL) 10:45 AM | 777-200 | Breakfast |
| Mon, 18SEP17 | UA200 | JN | HONOLULU, HI (HNL) 2:45 PM | GUAM (GUM) 6:00 PM (19SEP) | 777-200 | Lunch |

## FARE INFORMATION

**Fare Breakdown**
- Airfare:

  USD                                    0.00

- U.S. APHIS User Fee:

                                         3.96

- September 11th Security Fee:

                                        11.20

MileagePlus Account Debited:
TP797719

Form of Payment:
VISA
Last Four Digits 0459

MileagePlus Miles Debited/
Award Used:
1360000/E170K-E170K

1