**David J. Lujan**
**LUJAN & WOLFF LLP**
300 DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297
Email djl@lawguam.com

*Counsel for Defendant*

FILED
DISTRICT COURT OF GUAM
JAN 10 2018
JEANNE G. QUINATA
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**

**TERRITORY OF GUAM**

UNITED STATES OF AMERICA,

Plaintiff,

v.

VERLYN MARIE TERLAJE APONIK,

Defendant

Criminal Case 17-00018

DEFENDANT'S DECLARATION OF ACCEPTANCE OF RESPONSIBILITY

I, Verlyn Marie Terlaje Aponik, the Defendant in this action, declare under penalty of perjury:

On May 1, 2017, I accepted an Amended Plea Agreement proposed by the government. I pled guilty after reviewing the plea agreement and consulting with my attorney about the consequences of entering into a plea agreement. When I signed the plea agreement, I did so knowingly and with the intention that it would be seen by the government and the Court as my acceptance of responsibility for the act to which I pled guilty. Subsequent to the entry of my plea, I have sought at all times to be honest and forthright with the government.

ORIGINAL

I submit this statement of responsibility in accordance with my statement to the Probation Office that I would do this.

I declare under penalty of perjury that the foregoing is true and correct. Execute in Hagatna, Guam, January 9, 2018.

Verlyn Marie Terlaje Aponik,
*Defendant*