```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF GUAM

                                        )
UNITED STATES OF AMERICA,               ) Case No. 17-CR-00007
                                        ) Case No. 17-CR-00018
              Plaintiff,                )
                                        ) October 20, 2020
         vs.                            ) 9:07 a.m.
                                        )
ERIC M. APONIK, VERLYN MARIE            )
TERLAJE APONIK,                         ) U.S. District Court
                                        ) 520 W. Soledad Avenue, Fl 4
              Defendants.               ) Hagatna, Guam  96910
                                        )
_____   )


        TRANSCRIPT OF HEARING ON MOTION TO WITHDRAW AS COUNSEL
             BEFORE THE HONORABLE MICHAEL J. BORDALLO
                 UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

For Plaintiff:              Rosetta San Nicolas, Esq.
                            U.S. Attorney's Office
                            108 Hernan Cortez Avenue
                            Suite 500
                            Hagatna, GU  96910

For Defendants:             David J. Lujan, Esq.
                            Lujan & Wolff LLP
                            238 Archbishop FC Flores Street
                            Suite 300
                            Hagatna, GU  96910

Court Recorder:             Walter Tenorio

Transcription Service:      Jessica B. Cahill, CER/CET-708
                            Maukele Transcribers, LLC
                            467 Maukele Place
                            Wailuku, Maui, HI  96793
                            Telephone: (808)244-0776



Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

```
 1  OCTOBER 20, 2020                              9:07 A.M.
 2            THE COURT:  Okay.  So let's go ahead and call the case
 3  then.
 4            THE DEPUTY:  Call to order the District Court of Guam
 5  is now in session.  The Honorable Michael J. Bordallo presiding.
 6  Criminal case 17-00007, USA v. Eric M. Aponik, and criminal case
 7  17-00018, USA v. Verlyn Marie Terlaje Aponik on motions to
 8  withdraw as counsel.
 9            Counsel, please state your appearance.
10            MS. SAN NICOLAS:  Buenas and Hafa Adai, Your Honor.
11  Rosetta San Nicholas on behalf of the United States.
12            MR. LUJAN:  David Lujan on behalf of Defendants.
13            THE COURT:  All right.  So the Court, obviously, has
14  reviewed the motions and because of the conflicts will need to
15  grant it, but we need to get the Aponiks in so that they can
16  either retain counsel or file the proper financial records to be
17  appointed counsel.
18            So, Mr. Lujan, I'm going to grant your motion subject
19  to the following.  Can you go ahead for the record, just update
20  what you just told me?  So my understanding is at least with
21  respect to Erik Aponik he is currently in the hospital; is that
22  correct?
23            MR. LUJAN: Yes, Your Honor.  He's been there since the
24  13th, and then I spoke to him yesterday morning.  He's -- you
25  know, he's still at GRMC.  And so what do you call, and most
```

1  likely that they'll be cutting his right leg off.
2          THE COURT:  So at a minimum, it seems even if they were
3  -- he's looking at least probably at two more weeks in the
4  hospital to do -- to determine if there's any additional
5  infection or what course of action, is that about right?
6          MR. LUJAN:  Yes, Your Honor.  So I'm --
7          THE COURT:  All right.  So --
8          MR. LUJAN:  -- getting ahold of him, okay, and let him
9  know what happened, both of them.
10         THE COURT:  All right.  What we'll do, Ms. San Nicolas,
11  is let's say -- let's just put it on for a further proceedings in
12  three to four weeks, and that will give the Aponiks at least a --
13  then we'll know medically what position he is in to go and either
14  retain counsel or be appointed counsel.
15         Mr. Lujan, I'll order you to inform the Aponiks that if
16  they wish to have counsel appointed, they need to fill out the
17  proper financial paperwork.  Otherwise, they need to retain
18  counsel on their own.  And then, also, obviously, when they
19  retain counsel we'll order you to cooperate in terms of providing
20  counsel with the paperwork, the plea agreement, and anything that
21  would assist in preparing for sentencing, okay?
22         MR. LUJAN:  Yes.
23         THE COURT:  Judith, so let's have a date -- let's just
24  make it 30 days from now; is that okay with you, Rosetta?
25         MS. SAN NICOLAS:  Yes, Your Honor.  That's fine.

1  THE COURT: You know, because if he's in the hospital
2  for the next week or two, then he'll only have been out a week or
3  two before the next hearing, and then we can talk sentencing date
4  from there. He'll need to retain counsel --
5  MS. SAN NICOLAS: Yes.
6  THE COURT: -- and need to prepare with all the past
7  Paperwork. So Judith, if we can get approximately 30 days from
8  now?
9  THE CLERK: Judge, Thursday, November 19, at 9:30 a.m.
10  THE COURT: All right. And we'll put it on for a
11  status conference regarding sentencing. And, Mr. Lujan, November
12  19th at 9:30 a.m. Please inform the Aponiks of that. And I
13  guess what we'll do, Walt, is just to make sure our bases are
14  covered, let's issue a summons to the two Defendants for that
15  date.
16  THE DEPUTY: Okay, Your Honor.
17  THE COURT: And we'll vacate the sentencing date that's
18  currently set, okay, because we can't go forward until they get
19  new counsel. All right. So we'll just make sure our bases are
20  covered. We'll issue a summons so that we know that they've been
21  properly notified. We'll order Mr. Lujan to notify them about
22  the November 19th hearing, and then we'll find out the medical
23  status of Mr. Aponik.
24  And then Rosetta, you know, you can determine if you
25  want to go forward with Mrs. Aponik. That's up to you. Just let

1  the Court know then how you wish to proceed, okay?
2           MS. SAN NICOLAS:  Yes, Your Honor.
3           THE COURT:  All right.
4           MS. SAN NICOLAS:  On that date, we'll do that.
5           THE COURT:  Okay.  All right.  November 19th, at 9:30.
6  Thank you very much.
7           MS. SAN NICOLAS:  Thank you, Your Honor.
8        (Proceedings adjourned at 9:11 a.m.)

CERTIFICATE

I, Jessica B. Cahill, court approved transcriber, do hereby certify that the foregoing is a complete, true, and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

Dated: August 10, 2021

_____

Jessica B. Cahill, CER/CET-708